USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/2/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA JUSCINSKA,

                     Plaintiff,

– against –

EMPIRE HOTEL GROUP, LLC,

                     Defendant.

**ORDER**

18 Civ. 7926 (ER)

Ramos, D.J.:

    In light of the Court's order dated January 29, 2019, *see* Doc. 13, the Clerk of the Court is respectfully directed to close this case.

    It is SO ORDERED.

Dated: April 2, 2019
       New York, New York

                                                       Edgardo Ramos, U.S.D.J.